UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 0:13-cv-02800-MJD-FLN

| | |
|---|---|
| Della Johnson,<br><br>         Plaintiff,<br><br>v.<br><br>The Schreiber Law Firm, PLLC,<br>David K. Bifulco, and Miss Morris,<br><br>         Defendants. | NOTICE OF SETTLEMENT |

**PLEASE TAKE NOTICE** that the above-entitled matter has been resolved between the parties pending the exchange and approval of final settlement papers and drafts. The parties have agreed-upon a payment schedule that will extend out until March 2014. As such, Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the filing of a Stipulation of Dismissal herein.

Respectfully submitted,

**BARRY & HELWIG, LLC**

Dated: January 10, 2014

By: s/Patrick J. Helwig
Patrick J. Helwig, Esq.
Attorney I.D.#0391787
2701 University Ave. SE, Suite 209
Minneapolis, Minnesota 55414-3236
Telephone: (612) 379-8800
Facsimile: (612) 379-8810
phelwig@lawpoint.com
**Attorney for Plaintiff**