# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:13-CV-02800-MJD-FLN

| | |
|---|---|
| Della Johnson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Schreiber Law Firm, PLLC,<br>David K. Bifulco, and Miss Morris,<br><br>　　　　Defendants. | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action by Plaintiff may be and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**BARRY & HELWIG, LLC**

Dated: <u>March 14, 2014</u>　　　　　　By:　<u>s/ Patrick J. Helwig</u>
　　　　　　　　　　　　　　　　　　　Patrick J. Helwig, Esq.
　　　　　　　　　　　　　　　　　　　Attorney I.D. # 0391787
　　　　　　　　　　　　　　　　　　　2701 University Avenue SE, Suite 209
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55414
　　　　　　　　　　　　　　　　　　　Telephone:  (612) 379-8800
　　　　　　　　　　　　　　　　　　　Facsimile: (612) 379-8810
　　　　　　　　　　　　　　　　　　　phelwig@lawpoint.com
　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**

-2-

                                                          **ZLIMEN & MCGUINESS, PLLC**

| | |
|---|---|
| Dated: <u>March 14, 2014</u> | By:  <u>s/ Bryan Zlimen</u><br>Bryan Zlimen, Esq.<br>Attorney I.D. # 387909<br>1216 Selby Avenue<br>Saint Paul, MN 55104<br>Telephone: (651) 331-6500<br>bzlimen@zmattorneys.com<br>**Attorneys for Defendant** |