# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:13-CV-02800-MJD-FLN

| | |
|---|---|
| Della Johnson,<br><br>     Plaintiff,<br><br>v.<br><br>The Schreiber Law Firm, PLLC,<br>David K. Bifulco, and Miss Morris,<br><br>     Defendants. | **ORDER OF DISMISSAL** |

## ORDER

Based on the Stipulation of Dismissal with Prejudice filed by the parties [Doc. #11], **IT IS HEREBY ORDERED** that the Complaint against the Defendants shall be and hereby is dismissed with prejudice without costs, disbursements, or attorney's fees to any party. LET JUDGMENT BE ENTERED.

Dated: March 17, 2014        s/Michael J. Davis
                             The Honorable Michael J. Davis
                             Chief Judge
                             United States District Court