AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Della Johnson,

              Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: **13-CV-02800-MJD-FLN**

The Schreiber Law Firm, PLLC,
David K. Bifulco, and Miss Morris,

              Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint against the Defendants shall be and hereby is dismissed with prejudice without costs, disbursements, or attorney's fees to any party..

March 17, 2014                                         RICHARD D. SLETTEN, CLERK
Date

                                                                   s/  M. Price
                                      (By)                         M. Price   Deputy Clerk